*William E. Russell* and *M. Wallace Dixon* for appellant.
*Eli J. Blair* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.   Dissent: CRANE, J.

JOSEPH MASLINSKI, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

(Argued October 23, 1928; decided November 20, 1928.)

*Mortimer L. Sullivan* for appellant.
*Halsey Sayles* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

DORRANCE, SULLIVAN AND COMPANY, Appellant, *v.* BRIGHT STAR BATTERY COMPANY, Respondent.

(Submitted October 23, 1928; decided November 20, 1928.)